6/18/12 1:05pm

| | SUM-100 |
|---|---|
| **SUMMONS** *(CITATION JUDICIAL)* | FOR COURT USE ONLY *(SOLO PARA USO DE LA CORTE)* |

**NOTICE TO DEFENDANT:** TYCO FIRE PRODUCTS, L.P., a
*(AVISO AL DEMANDADO):* Delaware corporation; and DOES 1 through 25, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:** STATE FARM GENERAL
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):* INSURANCE COMPANY, an Illinois corporation

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is: *(El nombre y dirección de la corte es):*

SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF ALAMEDA
24405 Amador Street
Hayward, CA 94544

CASE NUMBER: *(Número del Caso):* 12633767

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Blanca Quintero (SBN 196889)     (619) 234-1700    (619) 2347-783
COZEN O'CONNOR
501 West Broadway, Suite 1610
San Diego, CA 92101

DATE: JUN - 7 2012    Clerk, by _____, Deputy
*(Fecha)* *(Secretario)* *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* TYCO Fire Products, L.P., a Delaware Corporation
   under: ☐ CCP 416.10 (corporation)    ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
          ☒ CCP 416.40 (association or partnership)    ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☒ by personal delivery on *(date):* 6-18-12

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465

Legal Solutions Plus

Page 1 of 1

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Blanca Quintero (SBN 196889)<br>COZEN O'CONNOR<br>501 West Broadway, Suite 1610<br>San Diego, CA 92101<br>TELEPHONE NO.: 619-234-1700   FAX NO.: 619-234-7831<br>ATTORNEY FOR *(Name)*: Plaintiff State Farm General Insurance Company | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **ALAMEDA**
STREET ADDRESS: 24405 Amador Street
MAILING ADDRESS:
CITY AND ZIP CODE: Hayward, CA 94544
BRANCH NAME: Hayward Hall of Justice

CASE NAME: State Farm General Insurance Co. v. Tyco Fire Products, L.P., et al.

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| ☑ Unlimited  ☐ Limited<br>(Amount       (Amount<br>demanded     demanded is<br>exceeds $25,000)  $25,000 or less) | ☐ Counter  ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | 263767<br>JUDGE:<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☑ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)

**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☑ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a. ☑ monetary  b. ☐ nonmonetary; declaratory or injunctive relief  c. ☐ punitive
4. Number of causes of action *(specify)*: One
5. This case ☐ is ☑ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: June 5, 2012
BLANCA QUINTERO, Esq.
(TYPE OR PRINT NAME)                                    ▶ (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

Short Title: State Farm General Insurance Company v. Tyco Fire Products, L.P., et al.       Case Number:

**CIVIL CASE COVER SHEET ADDENDUM**

THIS FORM IS REQUIRED IN ALL NEW **UNLIMITED** CIVIL CASE FILINGS IN THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA

| | Oakland, Rene C. Davidson Alameda County Courthouse (446) | [X] Hayward Hall of Justice (447) |
|---|---|---|
| | | [ ] Pleasanton, Gale-Schenone Hall of Justice (448) |

| Civil Case Cover Sheet Category | Civil Case Cover Sheet Case Type | Alameda County Case Type (check only one) | | |
|---|---|---|---|---|
| Auto Tort | Auto tort (22) | [ ] | 34 | Auto tort (G) Is this an uninsured motorist case? [ ] yes [ ] no |
| Other PI /PD / WD Tort | Asbestos (04) | [ ] | 75 | Asbestos (D) |
| | Product liability (24) | [ ] | 89 | Product liability (not asbestos or toxic tort/environmental) (G) |
| | Medical malpractice (45) | [ ] | 97 | Medical malpractice (G) |
| | Other PI/PD/WD tort (23) | [X] | 33 | Other PI/PD/WD tort (G) |
| Non - PI /PD / WD Tort | Bus tort / unfair bus. practice (07) | [ ] | 79 | Bus tort / unfair bus. practice (G) |
| | Civil rights (08) | [ ] | 80 | Civil rights (G) |
| | Defamation (13) | [ ] | 84 | Defamation (G) |
| | Fraud (16) | [ ] | 24 | Fraud (G) |
| | Intellectual property (19) | [ ] | 87 | Intellectual property (G) |
| | Professional negligence (25) | [ ] | 59 | Professional negligence - non-medical (G) |
| | Other non-PI/PD/WD tort (35) | [ ] | 03 | Other non-PI/PD/WD tort (G) |
| Employment | Wrongful termination (36) | [ ] | 38 | Wrongful termination (G) |
| | Other employment (15) | [ ] | 85 | Other employment (G) |
| | | [ ] | 53 | Labor comm award confirmation |
| | | [ ] | 54 | Notice of appeal - L.C.A. |
| Contract | Breach contract / Wrnty (06) | [ ] | 04 | Breach contract / Wrnty (G) |
| | Collections (09) | [ ] | 81 | Collections (G) |
| | Insurance coverage (18) | [ ] | 86 | Ins. coverage - non-complex (G) |
| | Other contract (37) | [ ] | 98 | Other contract (G) |
| Real Property | Eminent domain / Inv Cdm (14) | [ ] | 18 | Eminent domain / Inv Cdm (G) |
| | Wrongful eviction (33) | [ ] | 17 | Wrongful eviction (G) |
| | Other real property (26) | [ ] | 36 | Other real property (G) |
| Unlawful Detainer | Commercial (31) | [ ] | 94 | Unlawful Detainer - commercial   Is the deft. in possession of the property? [ ] Yes [ ] No |
| | Residential (32) | [ ] | 47 | Unlawful Detainer - residential |
| | Drugs (38) | [ ] | 21 | Unlawful detainer - drugs |
| Judicial Review | Asset forfeiture (05) | [ ] | 41 | Asset forfeiture |
| | Petition re: arbitration award (11) | [ ] | 62 | Pet. re: arbitration award |
| | Writ of Mandate (02) | [ ] | 49 | Writ of mandate   Is this a CEQA action (Publ.Res.Code section 21000 et seq) [ ] Yes [ ] No |
| | Other judicial review (39) | [ ] | 64 | Other judicial review |
| Provisionally Complex | Antitrust / Trade regulation (03) | [ ] | 77 | Antitrust / Trade regulation |
| | Construction defect (10) | [ ] | 82 | Construction defect |
| | Claims involving mass tort (40) | [ ] | 78 | Claims involving mass tort |
| | Securities litigation (28) | [ ] | 91 | Securities litigation |
| | Toxic tort / Environmental (30) | [ ] | 93 | Toxic tort / Environmental |
| | Ins covrg from cmplx case type (41) | [ ] | 95 | Ins covrg from complex case type |
| Enforcement of Judgment | Enforcement of judgment (20) | [ ] | 19 | Enforcement of judgment |
| | | [ ] | 08 | Confession of judgment |
| Misc. Complaint | RICO (27) | [ ] | 90 | RICO (G) |
| | Partnership / Corp. governance (21) | [ ] | 88 | Partnership / Corp. governance (G) |
| | Other complaint (42) | [ ] | 68 | All other complaints (G) |
| Misc. Civil Petition | Other petition (43) | [ ] | 06 | Change of name |
| | | [ ] | 69 | Other petition |

202-19 (5/1/00)                                                                                                                                          AL20219

1  BLANCA QUINTERO
   California Bar No. 196889
2  COZEN O'CONNOR
   501 West Broadway, Suite 1610
3  San Diego, CA 92101
   Telephone: 619.234.1700
4  Facsimile: 619.234.7831

5  Attorneys for Plaintiff
   STATE FARM GENERAL INSURANCE COMPANY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF ALAMEDA

| STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation, | Case No.: 12633767 |
|---|---|
| Plaintiff, | **COMPLAINT FOR NEGLIGENCE** |
| vs. | |
| TYCO FIRE PRODUCTS, L.P., a Delaware corporation; and DOES 1 through 25, inclusive, | |
| Defendants. | |

Plaintiff STATE FARM GENERAL INSURANCE COMPANY ("STATE FARM" and/or "Plaintiff") is informed and believes and thereon alleges, against Defendant TYCO FIRE PRODUCTS, L.P., a Delaware corporation ("TYCO" and/or "Defendant), as follows:

1. This action arises from a water loss that occurred on or about December 13, 2009, ("Subject Water Loss"), originating from the failure of a Tyco Fire Product L.P., brand fire sprinklerhead system and/or its component parts ("Subject Sprinklers") at the property owned by Plaintiff's Insured's, Gerald and Lili Hsu ("HSU" and/or "Insured"), located at 47861 Avalon Height Terrace, Freemont, California, that caused damage to the real property and personal property located therein ("Subject Property").

2. Plaintiff STATE FARM is, and at all times herein mentioned was, a corporation duly authorized to transact and conduct business in the State of California as an insurance carrier.

3. Upon information and belief, Defendant TYCO is a Delaware corporation, authorized to transact and conduct business in the State of California.

4. Plaintiff is ignorant of the true names and capacities of Defendants sued by this Complaint as DOES 1 through 25, inclusive, and, therefore, Plaintiff sues Defendants by such fictitious names. Plaintiff is informed and believes, and thereon alleges, that Defendants designated as DOES 1 through 25, inclusive, are legally responsible in some manner for the damages alleged. Plaintiff will amend this Complaint to allege the true names, capacities, and liabilities of DOES 1 through 25, inclusive, when ascertained.

5. At all times herein mentioned Defendants, and each of them, were agents and/or employees and/or servants and/or partners and/or alter egos of each remaining defendant and at all times herein mentioned were acting as alter ego or within the purpose and scope of said agency, partnership, employment and/or relationship with the consent, authorization, permission or ratification of co-defendants, and each of them.

6. At all times herein mentioned, HSU was the owner of the Subject Property that was damaged by the Subject Water Loss.

7. On or about December 13, 2009, the Subject Sprinklers failed and leaked a significant amount of water resulting in serious damages to the Subject Property.

8. At the time of the Subject Water Loss, there was in effect an insurance policy issued by Plaintiff STATE FARM by which Plaintiff insured HSU against loss and damage of the type sustained in the Subject Water Loss.

9. Pursuant to the terms of the aforementioned policy and a claim for benefits thereunder filed by the Insured, Plaintiff STATE FARM has paid to its Insured an amount of Two Hundred Eighty One Thousand Eight Hundred Fifty Nine Dollars and Eighty Seven Cents ($281,859.87), an amount to be proven at trial. Plaintiff STATE FARM is legally and equitably subrogated to the rights of its Insured in this lawsuit to the amount paid, and to be paid, for the damages forming the basis of this action.

///

///

## FIRST CAUSE OF ACTION

### Negligence Against Defendant TYCO FIRE PRODUCTS, L.P., and DOES 1 through 25, inclusive

10. Plaintiff realleges and incorporates herein by reference Paragraphs 1 through 9, inclusive, of this Complaint as though fully set forth at length.

11. At all times herein mentioned, Defendant TYCO, and DOES 1 through 25, and each of them, were responsible, in whole or in part, for the manufacture, design, assembly, inspection, testing, distribution and/or sale of the Subject Sprinklers and/or its component parts that were involved in the Subject Water Loss.

12. At all times herein mentioned, Defendant TYCO and DOES 1 through 25, and each of them, owed a duty to the Insured to use due and reasonable care and caution in the manufacture, design, assembly, inspection, testing, distribution and/or sale of the Subject Sprinklers.

13. Defendant TYCO, and DOES 1 through 25, and each of them, breached the aforementioned duty to use due and reasonable care and caution through one or more of the following acts and/or omissions:

    a) Carelessly and negligently manufactured the Subject Sprinklers so as to allow water to leak and cause damage to the Subject Property and result in the Subject Water Loss;

    b) Carelessly and negligently designed the Subject Sprinklers so as to allow water to leak and cause damage to the Subject Property and result in the Subject Water Loss;

    c) Carelessly and negligently inspected the Subject Sprinklers so as to allow water to leak and cause damage to the Subject Property and result in the Subject Water Loss;

    d) Carelessly and negligently tested the Subject Sprinklers so as to allow water to leak and cause damage to the Subject Property and result in the Subject Water Loss;

///

e) Carelessly and negligently distributed the Subject Sprinklers so as to allow water to leak and cause damage to the Subject Property and result in the Subject Water Loss;

f) Carelessly and negligently sold the Subject Sprinklers so as to allow water to leak and cause damage to the Subject Property and result in the Subject Water Loss; and

g) Were otherwise careless and negligent.

14. The above mentioned negligent acts and/or omissions by Defendants and each of them, caused the Subject Water Loss and caused the damages in issue.

15. As a direct and proximate result of the above described acts and/or omissions by Defendants and DOES 1 through 25, and each of them, Plaintiff has suffered damages in an amount of Two Hundred Eighty One Thousand Eight Hundred Fifty Nine Dollars and Eighty Seven Cents ($281,859.87), an amount to be proven at trial.

WHEREFORE, Plaintiff prays for judgment against all Defendants, as follows:

1. In the amount of actual, compensatory, incidental and other damages in an amount of Two Hundred Eighty One Thousand Eight Hundred Fifty Nine Dollars and Eighty Seven Cents ($281,859.87), an amount to be proven at trial.

2. For costs of suit incurred herein;

3. For pre-judgment and post-judgment interest as permitted by law; and

4. For such other and further relief as the Court may deem just and proper.

DATED: June 5, 2012        COZEN O'CONNOR

By: _____
BLANCA QUINTERO
501 West Broadway, Suite 1610
San Diego, CA 92101
Telephone: 619.234.1700
Attorneys for Plaintiff STATE FARM GENERAL INSURANCE COMPANY

SAN_DIEGO\598937\1 315077.000

Cozen O'Connor
Attn: Quintero, Blanca
501 West Broadway,
Suite 1610
San Diego, CA   92101

## Superior Court of California, County of Alameda

| State Farm General Insurance | No. HG12633767 |
|---|---|
| Plaintiff/Petitioner(s) | NOTICE OF CASE MANAGEMENT |
| VS. | CONFERENCE AND ORDER |
| TYCO Fire Products, L.P., a | Unlimited Jurisdiction |
| Defendant/Respondent(s) | |
| (Abbreviated Title) | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD.
Notice is given that a Case Management Conference has been scheduled as follows:

| Date: 11/01/2012 | Department: 516 | Judge: Brenda Harbin-Forte |
|---|---|---|
| Time: 02:30 PM | Location: Hayward Hall of Justice | Clerk: Nancy Rose |
| | 3rd Floor | Clerk telephone: (510) 690-2725 |
| | 24405 Amador Street, Hayward CA 94544 | E-mail: Dept.516@alameda.courts.ca.gov |
| | Internet: http://www.alameda.courts.ca.gov | Fax: (510) 267-1587 |

### ORDERS

1. You must:
   a. Serve all named defendants and file proofs of service on those defendants with the court within 60 days of the filing of the complaint (CRC 3.110(b));
   b. Give notice of this conference to any party not included in this notice and file proof of service;
   c. Meet and confer, in person or by telephone, to consider each of the issues identified in CRC 3.724 no later than 30 calendar days before the date set for the Case Management Conference;
   d. File and serve a completed Case Management Statement (use of Judicial Council Form CM-110 is mandatory) at least 15 days before the Case Management Conference (CRC 3.725)*

2. If you do not follow the orders above, you are hereby ordered to show cause why you should not be sanctioned under CRC 2.30. The hearing on the Order to Show Cause re: Sanctions will be at the same time as the Case Management Conference. Sanctions may include monetary sanctions and any other sanction permitted by law, including striking pleadings or dismissing the action.

3. You are further ordered to appear in person† (or through your attorney of record) at the Case Management Conference noticed above. You must be thoroughly familiar with the case and fully authorized to proceed.

4. The Direct Calendar Judge will issue orders at the conclusion of the conference that should include:
   a. Referring to ADR and setting an ADR completion date
   b. Dismissing or severing claims or parties
   c. Setting a trial date.

* Case Management Statements may be filed by E-delivery, by emailing them to the following address: EDelivery@alameda.courts.ca.gov. No fee is charged for this service. For further information, go to Direct Calendar Departments at http://apps.alameda.courts.ca.gov/domainweb.

† Telephonic appearances at Case Management Conferences may be available by contacting CourtCall, an independent vendor, at least 3 business days prior to the scheduled conference. Parties may make arrangements by calling 1-888-882-6878, or faxing a service request to 1-888-882-2946. This service is subject to charges by the vendor.

### CLERK'S CERTIFICATE OF MAILING

I certify that the following is true and correct: I am the clerk of the above-named court and not a party to this cause. I served this Notice of Hearing by placing copies in envelopes addressed as shown hereon and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Alameda County, California, following standard court practices.

Executed on 06/13/2012.

By *Debra Furtado*
Deputy Clerk

## Superior Court of California, County of Alameda



## Notice of Assignment of Judge for All Purposes

Case Number: HG12633767
Case Title:    State Farm General Insurance VS TYCO Fire Products, L.P., a
Date of Filing: 06/07/2012

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Rule 3.734 of the California Rules of Court and Title 3 Chapter 2 of the Local Rules of the Superior Court of California, County of Alameda, this action is hereby assigned by the Presiding Judge for all purposes to:

| | |
|---|---|
| Judge: | Brenda Harbin-Forte |
| Department: | 516 |
| Address: | Hayward Hall of Justice |
| | 24405 Amador Street |
| | Hayward CA 94544 |
| Phone Number: | (510) 690-2725 |
| Fax Number: | (510) 267-1587 |
| Email Address: | Dept.516@alameda.courts.ca.gov |

Under direct calendaring, this case is assigned to a single judge for all purposes including trial.

Please note: In this case, any challenge pursuant to Code of Civil Procedure section 170.6 must be exercised within the time period provided by law. (See Code Civ. Proc. §§ 170.6, subd. (a)(2) and 1013.)

NOTICE OF NONAVAILABILITY OF COURT REPORTERS: Effective June 4, 2012, the court will not provide a court reporter for civil law and motion hearings, any other hearing or trial in civil departments, or any afternoon hearing in Department 201 (probate). Parties may arrange and pay for the attendance of a certified shorthand reporter. In limited jurisdiction cases, parties may request electronic recording.

Amended Local Rule 3.95 states: "Except as otherwise required by law, in general civil case and probate departments, the services of an official court reporter are not normally available. For civil trials, each party must serve and file a statement before the trial date indicating whether the party requests the presence of an official court reporter."

IT IS THE DUTY OF EACH PLAINTIFF AND CROSS COMPLAINANT TO SERVE A COPY OF THIS NOTICE IN ACCORDANCE WITH LOCAL RULES.

### General Procedures

Following assignment of a civil case to a specific department, all pleadings must be filed at the court facility where that department is located. The René C. Davidson Courthouse is the filing location for departments situated in the Alameda County Administration Building and the United States Post Office (see Local Rule, rule 1.9(f) effective as of 10/11/2011). All documents, with the exception of the original summons and the original civil complaint, shall have clearly typed on the face page of each document, under the case number, the following:

ASSIGNED FOR ALL PURPOSES TO
JUDGE Brenda Harbin-Forte
DEPARTMENT 516

All parties are expected to know and comply with the Local Rules of this Court, which are available on the Court's website at:
http://www.alameda.courts.ca.gov/courts/rules/index.shtml and with the California Rules of Court, which are available at www.courtinfo.ca.gov.

Parties must meet and confer to discuss the effective use of mediation or other alternative dispute processes (ADR) prior to the Initial Case Management Conference. The court encourages parties to file a "Stipulation to Attend ADR and Delay Initial Case Management Conference for 90 Days". Plaintiff received that form in the ADR information package at the time the complaint was filed. The court's Web site also contains this form and other ADR information. If the parties do not stipulate to attend ADR, the parties must be prepared to discuss referral to ADR at the Initial Case Management Conference.

You may schedule case management hearings, law & motion hearings and other calendar events with Dept. 516 by e-mail. The use of e-mail is not a substitute for filing pleadings or filing other documents. You must provide copies of all email communications to each party (or the party's attorney if the party is represented) at the same time that you send the e-mail to the Court and you must show that you have done so in your e-mail.

Courtesy copies of all moving, opposition and reply papers should be delivered directly to Dept. 516 at the Hayward Hall of Justice, 24405 Amador Street, Hayward.

### Schedule for Department 516

The following scheduling information is subject to change at any time, without notice. Please contact the department at the phone number or email address noted above if you have questions.

- Trials generally are held: Monday through Thursday at 8:30 a.m.
- Case Management Conferences are held: Monday, Tuesday & Thursday at 2:30 p.m.
- Law and Motion matters are heard: Wednesday and Friday at 2:30 p.m.
- Settlement Conferences are heard: As scheduled by the Judge
- Ex Parte matters are heard: Wednesday and Friday at 2:30 p.m.
- Civil Readiness Hearings are heard: Fridays at 9:00 a.m.

### Law and Motion Procedures

To obtain a hearing date for a Law and Motion or ex parte matter, parties must contact the department as follows:

- Motion Reservations
  Email: Dept. 516@alameda.courts.ca.gov
  Phone: (510) 690-2725

- Ex Parte Matters
  Email: Dept. 516@alameda.courts.ca.gov
  Phone: (510) 690-2725

### Tentative Rulings

The court may issue tentative rulings in accordance with the Local Rules. Tentative rulings will become the Court's order unless contested in accordance with the Local Rules. Tentative rulings will be available at:

- Website: www.alameda.courts.ca.gov/domainweb, Calendar Information for Dept. 516
- Phone: 1-866-223-2244

Dated: 06/12/2012

Presiding Judge,
Superior Court of California, County of Alameda

### CLERK'S CERTIFICATE OF MAILING

I certify that the following is true and correct: I am the clerk of the above-named court and not a party to this cause. I served this Notice by placing copies in envelopes addressed as shown on the attached Notice of Initial Case Management Conference and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Alameda County, California, following standard court practices.

Executed on 06/13/2012

By Debra Furtado
Deputy Clerk