1  David D. Brisco
   SBN 238270
2  COZEN O'CONNOR
   501 West Broadway, Suite 1610
3  San Diego, CA  92101
   Telephone: 619.234.1700
4  Toll Free Phone: 1.800.782.3366
   Facsimile: 619.234.7831

Attorney for Plaintiff, STATE FARM GENERAL
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation, <br><br> Plaintiff, <br><br> vs. <br><br> TYCO FIRE PRODUCTS, LP, a Delaware corporation; and DOES 1 through 25, inclusive, <br><br> Defendants. | Case No.: C-12-3752 SC <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties hereto, by their undersigned counsel, hereby stipulate pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure that this matter shall be and hereby is dismissed with prejudice, each party to bear its own attorney's fees and costs.

Dated:   July 22, 2013                    COZEN O'CONNOR


                                          By: /s/ David D. Brisco
                                          DAVID D. BRISCO, Esq.
                                          Attorneys for Plaintiff STATE FARM GENERAL
                                          INSURANCE COMPANY

                                          SHOOK, HARDY & BACON L.L.P.


                                          By: /s/ Colin E. Schreck
                                          COLIN E. SCHRECK, Esq.
                                          Attorneys for Defendant TYCO PRODUCTS LP

[Court Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — 07/23/2013 — IT IS SO ORDERED — Judge Samuel Conti]

1
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE                    C-12-3752 SC